**Order entered November 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00883-CV

**DFW ADVISORS LTD. CO., Appellant**

**V.**

**JACQUELINE ERVIN, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-14414**

## ORDER

We **GRANT** court reporter Sheretta L. Martin's request for extension of time to file

reporter's record and **ORDER** the record be filed no later than December 22, 2014.


/s/     ADA BROWN
        JUSTICE